UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

EUREKA DIVISION

| | |
|---|---|
| VINCENT KEITH BELL,<br><br>    Plaintiff,<br><br>   v.<br><br>KEN LEE, et al.,<br><br>    Defendants. | Case No.  13-cv-05820-SI  (NJV)<br><br>**ORDER SETTING SCHEDULING CONFERENCE** |

District Judge Illston has referred this case to the undersigned for a settlement conference. (Doc. 48.)  Accordingly, this case is HEREBY SET for a telephonic scheduling conference on March 29, 2016, at 1:00 pm.  The parties shall attend the scheduling conference by dialing 888-684-8852 and entering access code 1868782.

**IT IS SO ORDERED**.

Dated: March 14, 2016

NANDOR J. VADAS
United States Magistrate Judge