UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

EUREKA DIVISION

| | |
|---|---|
| VINCENT KEITH BELL,<br><br>    Plaintiff,<br><br>  v.<br><br>KEN LEE, et al.,<br><br>    Defendants. | Case No. 13-cv-05820-SI (NJV)<br><br>**WRIT OF HABEAS CORPUS AD TESTIFICANDUM** |

It is hereby ordered that the Clerk of the Court issue a Writ of Habeas Corpus Ad Testificandum for the person of VINCENT KEITH BELL, inmate no. 558109, presently in custody at the San Francisco County Jail, as the presence of said witness will be necessary at proceedings in the above-entitled cause and thereafter as may be required

Dated: March 30, 2016

                                  NANDOR J. VADAS
                                  United States Magistrate Judge

THE PRESIDENT OF THE UNITED STATES OF AMERICA

TO:    Head Jailer, San Francisco County Jail

        GREETINGS

WE COMMAND that you have and produce the body of VINCENT KEITH BELL, inmate no.

558109, in your custody in the hereinabove-mentioned institution, before the United States District Court at 450 Golden Gate Ave., San Francisco, Courtroom 14, at 2:00 p.m. on June 1, 2016, in order that said prisoner may then and there participate in the SETTLEMENT CONFERENCE in the matter of Bell v. Lee, et al, and at the termination of said hearing return him forthwith to said hereinabove-mentioned institution, or abide by such order of the above-entitled Court as shall thereafter be made concerning the custody of said prisoner, and further to produce said prisoner at all times necessary until the termination of the proceedings for which his testimony is required in this Court;

    Witness the Honorable Nandor J. Vadas, Magistrate Judge of the United States District Court for the Northern District of California.

Dated: March 30, 2016                Susan Y. Soong
                                        CLERK, UNITED STATES DISTRICT COURT

                                        By: Linn Van Meter
                                        Administrative Law Clerk

Dated: March 30, 2016                _____

                                        NANDOR J. VADAS
                                        United States Magistrate Judge