1
2
3
4       UNITED STATES DISTRICT COURT
5       NORTHERN DISTRICT OF CALIFORNIA
6       EUREKA DIVISION
7

VINCENT KEITH BELL,

    Plaintiff,

v.

KEN LEE, et al.,

    Defendants.

Case No. 13-cv-05820-SI   (NJV)

**ORDER RE LOCATION OF COURTROOM FOR SETTLEMENT CONFERENCE**

    The parties are HEREBY INFORMED that the location of the settlement conference set for 2:00 pm on June 1, 2016, is changed to Courtroom C.

**IT IS SO ORDERED**.

Dated: May 19, 2016

_____
NANDOR J. VADAS
United States Magistrate Judge