UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

EUREKA DIVISION

VINCENT KEITH BELL,

    Plaintiff,

v.

KEN LEE, et al.,

    Defendants.

Case No.  13-cv-05820-SI (NJV)

**ORDER AND WRIT OF HABEAS CORPUS AD TESTIFICANDUM**

It is hereby ordered that the Clerk of the Court issue a Writ of Habeas Corpus Ad Testificandum for the person of VINCENT KEITH BELL, inmate no. 558109, presently in custody at San Francisco County Jail, as the presence of said witness will be necessary at proceedings in the above-entitled cause and thereafter as may be required

**IT IS SO ORDERED**.

Dated: August 5, 2016

_____
NANDOR J. VADAS
United States Magistrate Judge

THE PRESIDENT OF THE UNITED STATES OF AMERICA

TO:   Head Jailer, San Francisco County Jail

<u>GREETINGS</u>

WE COMMAND that you have and produce the body of VINCENT KEITH BELL, inmate no. 588109, in your custody in the hereinabove-mentioned institution, before the United States District Court at 450 Golden Gate Avenue, San Francisco, at 1:00 p.m., on October 3, 2016, in

order that said prisoner may then and there participate in the SETTLEMENT CONFERENCE in the matter of Bell v. Lee, et al, and at the termination of said hearing return him forthwith to said hereinabove-mentioned institution, or abide by such order of the above-entitled Court as shall thereafter be made concerning the custody of said prisoner, and further to produce said prisoner at all times necessary until the termination of the proceedings for which his testimony is required in this Court;

Witness the Honorable Nandor J. Vadas, Magistrate Judge of the United States District Court for the Northern District of California.

Dated: August 5, 2016

SUSAN Y. SONG
CLERK,UNITED STATES DISTRICT COURT

By: Linn Van Meter
Administrative Law Clerk

Dated: August 5, 2016

\_\_\_\_\_

NANDOR J.
United States

