UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VINCENT KEITH BELL,<br><br>    Plaintiff,<br><br>    v.<br><br>KEN LEE, et al.,<br><br>    Defendants. | Case No.  13-cv-05820-SI   (NJV)<br><br>**REPORT OF PRO SE PRISONER EARLY SETTLEMENT PROCEEDING** |

A settlement conference was held on October 4, 2016 in Courtroom D, San Francisco, and the results of that proceeding are indicated below:

(1) The following individuals, parties, and/or representatives participated in the proceeding, and each possessed the requisite settlement authority:

( X )  Plaintiff, Vincent Keith Bell.

(   )  Warden or warden's representative

(   )  Office of the California Attorney General

( X )  Other:  Brian Ceballo, San Francisco City Attorney's Office and Mark Nicco.

(2) The following individuals, parties, and/or representatives did not appear:

_____

(3) The outcome of the proceeding was:

(   ) The case has been completely settled.  The parties agree that a proposed stipulated order for dismissal of this case will be filed with the Court on _____.

(   ) The case has been partially resolved and counsel for defendants shall file a joint stipulation regarding those claims which have been resolved.  The issues outlined on the sheet attached remain for this Court to resolve.

1       ( X )   The parties are unable to reach an agreement at this time.

2     **IT IS SO ORDERED.**

3 Dated: October 5, 2016

_____
NANDOR J. VADAS
United States Magistrate Judge

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VINCENT KEITH BELL,<br><br>    Plaintiff,<br><br>    v.<br><br>KEN LEE, et al.,<br><br>    Defendants. | Case No.  13-cv-05820-SI   (NJV)<br><br>**CERTIFICATE OF SERVICE** |

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on October 5, 2016, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Vincent Keith Bell ID: 558109
San Francisco County Jail
850 Bryant
San Francisco, CA 94103

Dated: October 5, 2016

Susan Y. Soong
Clerk, United States District Court

B. *[signature]*
Gloria Knudson, Deputy Clerk to the
Honorable NANDOR J. VADAS