UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

VINCENT KEITH BELL,

    Plaintiff,

    v.

KEN LEE, et al.,

    Defendants.

Case No. 13-cv-05820-SI

**ORDER REFERRING PLAINTIFF TO FEDERAL PRO BONO PROJECT**

Several months ago, this action was referred to the *Pro Se* Prisoner Mediation Program so the parties could explore the possibility of resolving the action without need for trial. A settlement conference was held, but the parties did not settle. It thus appears that a trial will be needed. The plaintiff being in need of counsel to assist him in this matter, and good and just cause appearing, plaintiff is referred to the Federal Pro Bono Project in the manner set forth below so that an attorney may be located for him:

(1) The clerk shall forward to the Federal Pro Bono Project: (a) a copy of this order, and (b) a memorandum outlining the facts and procedural posture of the action.

(2) Upon an attorney being located to represent plaintiff, that attorney shall be appointed as counsel for plaintiff in this matter until further order of the court.

(3) All proceedings in this action are stayed until four weeks from the date an attorney is appointed to represent plaintiff in this action or further order of the court.

**IT IS SO ORDERED**.

Dated: October 12, 2016

_____
SUSAN ILLSTON
United States District Judge