UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VINCENT KEITH BELL,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>KEN LEE, et al.,<br><br>　　　　Defendants. | Case No. 13-cv-05820-SI<br><br>**ORDER APPOINTING COUNSEL** |

On October 12, 2016, the court referred this action to the Federal Pro Bono Project to find counsel interested in representing plaintiff in this action. A representative from the Federal Pro Bono Project has informed the court that attorneys Simona Agnolucci, Elizabeth McCloskey, and Matan Shacham of the law firm of Keker & Van Nest LLP, located at 633 Battery Street, San Francisco, CA 94111, are willing to be appointed to undertake this representation at the request of the Federal Pro Bono Project.

Accordingly, attorneys Simona Agnolucci, Elizabeth McCloskey, and Matan Shacham of the law firm of Keker & Van Nest LLP are hereby appointed as counsel for plaintiff for all purposes in this action. Counsel shall be familiar with General Order No. 25 and the Federal Pro Bono Project Guidelines posted on the Court's website.

The court will hold a case management conference at **3:00 p.m. on November 18, 2016**. The parties shall file a joint case management statement no later than **one week** before the case management conference. The court is particularly interested in setting a discovery schedule and trial date, and expects the joint case management statement to (a) identify the specific discovery that remains to be done, (b) propose a schedule for the completion of that discovery, and (c) propose mutually available trial dates, preferably within the next four to eight months.

1   All proceedings are otherwise stayed until four weeks from the date of this order.

2   **IT IS SO ORDERED**.

3   Dated: October 24, 3016

_____
SUSAN ILLSTON
United States District Judge