United States District Court
Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VINCENT KEITH BELL,<br><br>    Plaintiff,<br><br>    v.<br><br>KEN LEE, et al.,<br><br>    Defendants. | Case No. 13-cv-05820-SI (SK)<br><br>**WRIT OF HABEAS CORPUS AD TESTIFICANDUM**<br><br>Re: Dkt. No. 84 |

It is hereby ordered that the Clerk of Court issue a Writ of Habeas Corpus Ad Testificandum for the person of Vincent Keith Bell, SFNO 558109, Booking No. 2012-00683125, whose place of custody and jailor are set forth in the Writ, attached hereto, as the presence of the said witness will be necessary at proceedings in the above-entitled cause and thereafter as may be required.

Dated: March 24, 2017

*Sallie Kim*

SALLIE KIM
United States Magistrate Judge

WRIT OF HAPEAS CORPUS AD TESTIFICANDUM

TO: Facilities Commander, San Francisco County Jail No. 5, 1 Moreland Drive, San Bruno, California 94066

GREETINGS:

 WE COMMAND that you have and produce the body Vincent Keith Bell, in your custody in the hereinabove-mentioned Institution, before the United States District Court on July 21, 2017, 10:30 A.M. , Courtroom #A, 15th Floor, 450 Golden Gate Avenue, San Francisco, CA 94102, in order that said prisoner may then and there participate in the settlement conference in the matter of Vincent Keith Bell v. Lee, and at the termination of said hearing return him forthwith to said hereinabove-mentioned institution, or abide by such order of the above-entitled Court as shall thereafter be made concerning the custody of said prisoner, and further to produce said prisoner at all times necessary until the termination of the proceedings for which his testimony is required in this Court;

 Witness the Honorable SALLIE KIM, United States Magistrate Judge of the United States District Court for the Northern District of California.

Dated: March 24, 2017

Susan Y. Soong
Clerk, United States District Court

By: _____
Melinda K. Lozenski, Deputy Clerk

Dated: March 24, 2017

_____
The Honorable Sallie Kim
United States Magistrate Judge

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VINCENT KEITH BELL,<br><br>        Plaintiff,<br><br>    v.<br><br>KEN LEE, et al.,<br><br>        Defendants. | Case No. 13-cv-05820-SI   (SK)<br><br>**CERTIFICATE OF SERVICE** |

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on March 24, 2017, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Facilities Commander
San Francisco County Jail
1 Moreland Drive
P.O. Box 67
San Bruno, CA 94066

United States Marshals Service
450 Golden Gate Ave, 7th Floor
San Francisco, CA 94102

Dated: March 24, 2017

                                            Susan Y. Soong
                                            Clerk, United States District Court

                                            By:_____
                                            Melinda K. Lozenski, Deputy Clerk to the
                                            Honorable SALLIE KIM

*(Left margin: United States District Court, Northern District of California)*