UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

Bell

        Plaintiffs,

    v.

 Lee,

        Defendants.

Case No. 13-cv-05820-SI

ORDER OF ADMINISTRATIVE CLOSING

A further case management conference was held on February 15, 2019.   The parties have indicated that no trial date has been scheduled in the underlying criminal state court case proceeding against plaintiff.   Due to the inactivity of this federal case, the Court hereby administratively closes the case and shall retain jurisdiction.   Counsel shall restore the matter upon the conclusion of the state court criminal case.

**IT IS SO ORDERED.**

Dated: February 19, 2019

SUSAN ILLSTON
United States District Judge