UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VINCENT KEITH BELL,<br><br>   Plaintiffs,<br><br> v.<br><br>KEN LEE, et al.,<br><br>   Defendants. | Case No. 13-cv-05820-SI  (SI)<br><br>**AMENDED PRETRIAL PREPARATION ORDER (CIVIL)** |

Joint Case Management Statement due: 6/9/2023.
CASE MANAGEMENT CONFERENCE: 6/16/2023 at 3:00 PM

It is hereby **ORDERED** pursuant to F.R.C.P. and the Local Rules of this Court:

DISCOVERY PLAN: Per F.R.Civ.P and Local Rules, subject to any provisions below.

DEFENSE DISCOVERY ISSUED RAISE BY PLAINTFF: 5/19/2023

LAST DAY TO FILE DISCOVERY MOTIONS CONCERNING COMPLIANCE: 5/26/2023

COMPLETION OF EXPERT DEPOSITIONS: 6/14/2023

DISPOSITIVE/DAUBERT MOTIONS **SHALL** be filed by 6/30/2023;
 Opp. Due: 7/21/2023; Reply Due: 8/4/2023;
 and set for hearing no later than 8/18/2023 at 10:00 AM.

PRETRIAL PAPERWORK: 2/6/2024
PRETRIAL CONFERENCE DATE: 2/20/2024 at 3:30 PM.

TRIAL DATE: 3/4/2024 at 8:30 AM.
 Courtroom 1, 17th floor.

TRIAL LENGTH is estimated to be 5 days.

SPECIAL DISCOVERY AND PRETRIAL PROVISIONS:

The pretrial conference **SHALL** be attended by trial counsel prepared to discuss all aspects of the case, including settlement. Parties **SHALL** conform to the attached instructions.

Plaintiff is ORDERED to serve a copy of this order on any party subsequently joined in this action.

**IT IS SO ORDERED**.

Dated: March 24, 2023

SUSAN ILLSTON
United States District Judge