UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VINCENT KEITH BELL,<br><br>    Plaintiff,<br><br>    v.<br><br>KEN LEE, et al.,<br><br>    Defendants. | Case No. 13-cv-05820-SI<br><br>**ORDER ON DOCUMENTS PRODUCED FOR *IN CAMERA* REVIEW** |

The Court previously ordered defendants to provide all excessive force complaints against defendants that predated April 2012 for the Court's *in camera* review. Dkt. No. 99. On July 14, 2023, defendants hand delivered to the Court supplemental documents for *in camera* review.

The Court has reviewed the documents and determines that they are relevant and should be produced to plaintiff. Defendants are ordered to produce the documents (Bates-numbered CCSF_BELL_IN CAMERA REVIEW 001592 – 001604) to plaintiff **no later than August 4, 2023.**

**IT IS SO ORDERED**.

Dated: July 28, 2023

_____
SUSAN ILLSTON
United States District Judge