UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VINCENT KEITH BELL,<br><br>Plaintiff,<br><br>v.<br><br>CHRISTOPHER KROL, et al.,<br><br>Defendants. | Case No. 13-cv-05820-SI<br><br>**ORDER ON SEALED DOCUMENTS FILED IN CONNECTION WITH SUMMARY JUDGMENT** |

On March 12, 2024, the Court ruled on several administrative motions to seal various documents filed in connection with defendants' motion for summary judgment. Dkt. Nos. 260, 261, 262. The Court denied the requests to seal certain documents. With respect to those documents, the Court hereby ORDERS as follows:

| **Documents or Portions of Documents Sought to Be Sealed** | **Order** |
|---|---|
| Highlighted portions to Defendants' Notice of Motion and Motion for Summary Judgment<br>• At page 12, line 18<br>• At page 13, line 28 through page 14, line 1 | DENIED. Defendants shall file an unredacted copy of the brief on the docket no later than March 29, 2024. |
| Exhibit D[1], San Francisco County Jail Video Footage of August 13, 2013 Incident – Pod 3B, entire video | DENIED. No later than March 29, 2024, defendants shall contact the Clerk's Office regarding unsealing the video. |

---

[1] The video exhibits were manually filed as attachments to the Declaration of Steven A. Mills in Support of Defendants' Motion for Summary Judgment.

| | |
|---|---|
| Exhibit E, San Francisco County Jail Video Footage of August 13, 2013 Incident – Pod 3B, entire video | DENIED. No later than March 29, 2024, defendants shall contact the Clerk's Office regarding unsealing the video. |
| Exhibit F, San Francisco County Jail Video Footage of August 13, 2013 Incident – Medical, entire video | DENIED. No later than March 29, 2024, defendants shall contact the Clerk's Office regarding unsealing the video. |
| Exhibit P to the Declaration of Steven Mills in Support of Defendants' Motion for Summary Judgment<br>• The entire document from Bates number BELL00000000181 to 294 | DENIED. Defendants shall file an unredacted copy of the exhibit on the docket no later than March 29, 2024. |
| Exhibit R to the Declaration of Steven Mills in Support of Defendants' Motion for Summary Judgment<br>• The entire document from Bates number BELL00000000166 to 180 | DENIED. The Court did not rely on this document and will therefore permit its withdrawal. Defendants shall file a notice on the docket withdrawing the exhibit no later than March 29, 2024. |
| Plaintiff's Opposition to Motion for Summary Judgment at:<br>- Page 3, lines 22 – 24<br>- Page 17, lines 12 – 17 | DENIED. Plaintiff shall file an unredacted copy of the brief on the docket no later than March 29, 2024. |

**IT IS SO ORDERED**.

Dated: March 22, 2024

_____
SUSAN ILLSTON
United States District Judge