UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VINCENT KEITH BELL,<br><br>    Plaintiff,<br><br>    v.<br><br>CHRISTOPHER KROL, et al.,<br><br>    Defendants. | Case No. 13-cv-05820-SI<br><br>**ORDER ON SEALED DOCUMENTS FILED IN CONNECTION WITH SPOLIATION SANCTIONS MOTION**<br><br>Re: Dkt. Nos. 265, 285, 327 |

On March 18, 2024, plaintiff Vincent Bell filed a motion for spoliation sanctions related to a missing fourth videotape from the jail that he alleges would have captured the excessive force incident in question. Dkt. No. 266. The Court denied the motion without prejudice in a pretrial order issued April 17, 2024. Dkt. No. 357 at 2-3. The Court now rules on the various administrative motions to seal material filed in connection with the spoliation sanctions motion, finding that the "good cause" standard for sealing applies. *See Ctr. for Auto Safety v. Chrysler Grp., LLC,* 809 F.3d 1092, 1097 (9th Cir. 2016).

The Court hereby **ORDERS** as follows:

**Plaintiffs' Motion for Spoliation Sanctions**:

| Document or Portions of Document to Be Sealed | Evidence Offered in Support of Sealing | Order |
|---|---|---|
| Highlighted portions of Plaintiff's brief at:<br>-Page 3, lines 12-19<br>-Page 4, lines 7-13, 17-20, n.3<br>-Page 6, lines 14-15<br>-Page 7, lines 7-9, n.4<br>-Page 8, lines 16-22 | *See* Dkt. No. 286. | GRANTED. The parties shall re-file the brief on the docket, redacting only those portions for which sealing has been granted, no later than July 19, 2024. |

| | | |
|---|---|---|
| Exhibit 11 to Declaration of Elizabeth A. Heckmann in Support of Plaintiff's Motion for Spoliation Sanctions (Court-Ordered Declaration of Sergeant Luquin) | *See* Dkt. No. 286. | GRANTED, as to ¶¶ 3 and 5. DENIED, as to ¶¶ 2 and 8, as defendants do not seek to seal these portions. The parties shall re-file Exhibit 11 on the docket, redacting only those portions for which sealing has been granted, no later than July 19, 2024. |
| Exhibit 12 to Declaration of Elizabeth A. Heckmann in Support of Plaintiff's Motion for Spoliation Sanctions (Court-Ordered Declaration of John Ramirez) | *See* Dkt. No. 286. | GRANTED, as to ¶¶ 4, 5, 7, 8, and 10. DENIED as to the remainder, as defendants do not seek to seal these portions. The parties shall re-file Exhibit 12 on the docket, redacting only those portions for which sealing has been granted, no later than July 19, 2024. |
| Exhibit 13 to Declaration of Elizabeth A. Heckmann in Support of Plaintiff's Motion for Spoliation Sanctions (Second Amended Declaration of John Ramirez) | *See* Dkt. No. 286. | GRANTED, as to ¶¶ 5, 7, 8, 9, 10, 12, 15, 17, and 18. DENIED as to the remainder, as defendants do not seek to seal these portions. The parties shall re-file Exhibit 13 on the docket, redacting only those portions for which sealing has been granted, no later than July 19, 2024. |
| Exhibit 14 to Declaration of Elizabeth A. Heckmann in Support of Plaintiff's Motion for Spoliation Sanctions (schematics and camera locations for Pod 3 and medical pod in San Francisco County Jail 3, entire document from Bates number CCSF_BELL-000680 to CCSF_BELL-000682 | *See* Dkt. No. 286. | GRANTED. |
| Exhibit 16 to Declaration of Elizabeth A. Heckmann in Support of Plaintiff's Motion for Spoliation Sanctions (camera matrix), entire document from Bates number CCSF_BELL-002921 to CCSF_BELL-002932 | *See* Dkt. No. 286. | GRANTED. |
| Exhibit 18 to Declaration of | N/A. Defendants no longer | DENIED. The parties shall re- |

2

| | | |
|---|---|---|
| Elizabeth A. Heckmann in Support of Plaintiff's Motion for Spoliation Sanctions | seek to seal this document. | file Exhibit 18 (unredacted) on the docket no later than July 19, 2024. |

**Defendants' Opposition:**

| Document or Portions of Document to Be Sealed | Evidence Offered in Support of Sealing | Order |
|---|---|---|
| Highlighted portions to Defendants' Opposition to Plaintiff's Motion for Spoliation Sanctions[1]<br><br>• At page 4:15-18<br><br>• At page 5:6-7, 17-19<br><br>• At page 6:26-27<br><br>• At page 7:27-28<br><br>• At page 8:11-12, 16-20, 22, 23-25, 26<br><br>• At page 14:11<br><br>• At page 16:5-7 | *See* Dkt. Nos. 285, 285-1. | GRANTED. |
| Highlighted portions to the Declaration of Rebecca Louie in Support of Defendants' Opposition to Plaintiff's Motion for Spoliation Sanctions<br><br>• At ¶ 2 | *See* Dkt. Nos. 285, 285-1. | GRANTED. |
| Highlighted portions of Exhibit D to the Declaration of Rebecca Louie in Support of Defendants' Opposition to Plaintiff's Motion for Spoliation Sanctions (Court-Ordered Declaration of Sgt. | *See* Dkt. Nos. 285, 285-1. | GRANTED. |

---

[1] The page and line citations in defendants' proposed order on the sealing motion are incorrect. *See* Dkt. No. 285-2.

| | | |
|---|---|---|
| Luquin)<br><br>• At ¶¶ 3, 5 | | |
| Highlighted portions of Exhibit F to the Declaration of Rebecca Louie in Support of Defendants' Opposition to Plaintiff's Motion for Spoliation Sanctions (Court-Ordered Declaration of Daniel Santizo)<br><br>• At ¶ 3 | *See* Dkt. Nos. 285, 285-1. | GRANTED. |
| Highlighted portions of Exhibit L to the Declaration of Rebecca Louie in Support of Defendants' Opposition to Plaintiff's Motion for Spoliation Sanctions (For Attorney's Eyes Only – Confidential Court-Ordered Second Amended Declaration of John Ramirez)<br><br>• At ¶¶ 5, 7, 8, 9, 10, 12, 15, 17, 18 | *See* Dkt. Nos. 285, 285-1. | GRANTED. |
| Highlighted portions of Exhibit M to the Declaration of Rebecca Louie in Support of Defendants' Opposition to Plaintiff's Motion for Spoliation Sanctions (For Attorney's Eyes Only – Confidential Court-Ordered Declaration of John Ramirez)<br><br>• At ¶¶ 4, 5, 7, 8, 10 | *See* Dkt. Nos. 285, 285-1. | GRANTED. |
| Exhibit N to the Declaration of Rebecca Louie in Support of Defendants' Opposition to Plaintiff's Motion for Spoliation Sanctions (Camera Matrix, produced as CCSF_Bell_002921, Highly Confidential – Attorney's | *See* Dkt. Nos. 285, 285-1. | GRANTED. |

4

| Eyes Only) | | |

**Plaintiff's Reply:**

| Document or Portions of Document to Be Sealed | Evidence Offered in Support of Sealing | Order |
| --- | --- | --- |
| Highlighted portions of Plaintiff's Reply brief at:<br><br>- Page 3, lines 3-6<br><br>- Page 5, lines 7-16; n.2; n.3<br><br>- Page 6, lines 1-3; 28<br><br>- Page 7, line 1<br><br>- Page 9, lines 6-8; 12-14; 16-18; n.6; n.7<br><br>- Page 10, lines 1-2<br><br>- Page 13, n.8 | *See* Dkt. No. 350. | GRANTED. |

**IT IS SO ORDERED**.

Dated: July 9, 2024

_____
SUSAN ILLSTON
United States District Judge