| | |
|---|---|
| DAVID CHIU, State Bar #189542<br>City Attorney<br>JENNIFER E. CHOI, State Bar #184058<br>Chief Trial Deputy<br>BRIAN P. CEBALLO, State Bar #243828<br>REBECCA LOUIE, State Bar #264984<br>STEVEN A. MILLS, State Bar #328016<br>Deputy City Attorneys<br>Fox Plaza<br>1390 Market Street, Sixth Floor<br>San Francisco, California 94102-5408<br>Telephone:   (415) 554-3859 [Louie]<br>                      (415) 355-3304 [Mills]<br>Facsimile:    (415) 554-3837<br>E-Mail:         brian.ceballo@sfcityatty.org<br>                      rebecca.louie@sfcityatty.org<br>                      steven.mills@sfcityatty.org<br><br>Attorneys for Defendants<br>DENNY LEE, CHRISTOPHER KROL,<br>MICHAEL GATMEN, ROBIN DE LOS REYES<br>SHANE HERRON, CITY AND COUNTY OF<br>SAN FRANCISCO | KEKER, VAN NEST & PETERS LLP<br>MATAN SHACHAM - # 262348<br>mshacham@keker.com<br>ANJALI SRINIVASAN - # 304413<br>asrinivasan@keker.com<br>PUJA V. PARIKH - # 331823<br>pparikh@keker.com<br>JASMINE K. VIRK - # 347475<br>jvirk@keker.com<br>633 Battery Street<br>San Francisco, CA 94111-1809<br>Telephone:   (415) 391-5400<br>Facsimile:    (415) 397-7188<br>Facsimile:    (415) 397-7188<br><br>Attorneys for Plaintiff<br>VINCENT KEITH BELL |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VINCENT KEITH BELL,<br><br>     Plaintiff,<br><br>vs.<br><br>KEN LEE, Deputy, et al.<br><br>     Defendants. | Case No. 13-CV-5820 SI<br><br>**REQUEST FOR DISMISSAL;** ~~[PROPOSED]~~ **ORDER OF DISMISSAL** |

TO THE CLERK OF THE ABOVE-ENTITLED COURT:

A settlement agreeable to all parties has been reached in the above-mentioned matter. The parties respectfully request that this case be dismissed with prejudice.

Dated: November 15, 2024

KEKER, VAN NEST & PETERS LLP

By: _____
MATAN SHACHAM
ANJALI SRINIVASAN
PUJA PARIKH
JASMINE K. VIRK
ELIZABETH A. HECKMANN

Attorneys for Plaintiff
VINCENT KEITH BELL

Dated: 12/5/2024

DAVID CHIU
City Attorney
JENNIFER E. CHOI
Chief Trial Deputy
STEVEN A. MILLS
Deputy City Attorney

By: _____
STEVEN A. MILLS

Attorneys for Defendants
DENNY LEE, ET AL.

**[PROPOSED] ORDER**

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Dated: December 5, 2024

_____
HON. SUSAN ILLSTON
United States District Court Judge